# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1654. RICHARD J. MCLEOD v. ROBERT BRUCE LAND & CATTLE, LLC.

Robert Bruce Land & Cattle, LLC filed in superior court a complaint for injunctive and equitable relief against Richard J. McLeod, seeking to prevent McLeod from garnishing its bank accounts in connection with a garnishment case in state court. On January 11, 2023, the superior court issued an order denying McLeod's motion for dismissal and granting Robert Bruce Land & Cattle's motion for default judgment. On February 16, 2023, McLeod filed the instant pro se direct appeal of this order. Robert Bruce Land & Cattle has filed a motion to dismiss the appeal, arguing that McLeod was required to comply with the discretionary appeal procedure. We agree.

OCGA § 5-6-35 (a) (4) "prescribes that a discretionary rather than a direct appeal be filed in cases involving garnishment or attachment." *Jones v. Jones*, 181 Ga. App. 276, 276 (351 SE2d 691) (1986). "It is well settled that the underlying subject matter of an appeal generally controls in determining the proper appellate procedure." *Ledford v. Mobley*, 321 Ga. App. 761, 762 (743 SE2d 461) (2013). Thus, pretermitting whether this appeal is timely, we lack jurisdiction because the underlying subject matter of this appeal is a garnishment case and McLeod has failed to comply with the discretionary appeal procedure. See *Ledford*, 321 Ga. App. at 762; *Jones*, 181 Ga. App. at 276-277. Accordingly, Robert Bruce Land & Cattle's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.

Robert Bruce Land & Cattle's motion for assessment of frivolous appeal penalty is hereby DENIED. However, we advise McLeod to determine the proper

appellate procedures before taking any additional appeals, and warn him that any abuse of such procedures may subject him to sanctions. See Court of Appeals Rule (7) (e) (2).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  07/12/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*